IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A LENOVO LAPTOP COMPUTER, SERIAL NUMBER PF0KZ57W, CURRENTLY LOCATED AT THE UNITED STATES POSTAL INSPECTION SERVICE (USPIS) OFFICE AT 215 CENTERVIEW DRIVE, SUITE 265, BRENTWOOD, TENNESSEE 37027. | Case No. 19-MJ-4219<br><br>**Filed Under Seal** |

## UNITED STATES' MOTION TO UNSEAL

The United States of America, by its attorneys Donald Q. Cochran, United States Attorney for the Middle District of Tennessee, and Robert S. Levine, Assistant United States Attorney, requests that this Court unseal all the documents filed in this case.

On August 8, 2019, in the above-captioned matter, Magistrate Judge Newbern issued a warrant to search a laptop. On the same day, Judge Newbern ordered that the matter and all associated filings be placed under seal because they related to an ongoing investigation. The targets of that investigation have now been indicted and the United States wants to disclose the warrant and all associated filings in discovery.

December 12, 2019
Date

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney for the
Middle District of Tennessee

*/s/ Robert S. Levine*
Robert S. Levine
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
615-401-6576