IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A LENOVO LAPTOP COMPUTER, SERIAL NUMBER PF0KZ57W, CURRENTLY LOCATED AT THE UNITED STATES POSTAL INSPECTION SERVICE (USPIS) OFFICE AT 215 CENTERVIEW DRIVE, SUITE 265, BRENTWOOD, TENNESSEE 37027. | Case No. 19-MJ-4219<br><br>**Filed Under Seal** |

## ORDER

Upon motion of the United States to unseal the documents filed in this matter, it is ORDERED that the documents filed in this case are hereby unsealed.

12/12/19
Date

Hon. Alistair E. Newbern
United States Magistrate Judge
Middle District of Tennessee